## United States District Court
### Violation Notice (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| N645 | 09868653 | Ismel Bryant | 1126 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense: 08/06/2022
- Offense Charged: ☒ USC  18 USC 1703(b) 1701
- Place of Offense: 125 Villanora Dr, Atlanta, GA 30378
- Offense Description; Factual Basis for Charge: Delay or destruction of mail or newspaper
- HAZMAT ☐

**DEFENDANT INFORMATION**

- Phone: 678 510 6549
- Last Name: Kelley
- First Name: Nicole
- M.I.: D
- Street Address: 2000 Summit Springs Dr Apt 2007
- City: Sandy Springs
- State: GA
- Zip Code: 30350
- Date of Birth: 01/26/85
- Drivers License No.: 070545573
- D.L. State: GA
- Social Security No.: 215 08 5802
- ☒ Adult ☐ Juvenile
- Sex: ☐ Male ☒ Female
- Hair: BRO
- Eyes: BRO
- Height: 5'5"
- Weight: 170

**VEHICLE** — VIN:  CMV ☐
- Tag No., State, Year, Make/Model, PASS ☐, Color

**APPEARANCE IS REQUIRED**
- A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
- B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
- $ ___ Forfeiture Amount
- + $30 Processing Fee
- $ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

- Court Address: 75 Ted Turner Dr SW, Atlanta, GA 30303
- Date: TBD
- Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: /s/ N. Kelley

Original - CVB Copy

*09868653*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

1:23-mj-226

I state that on December 27, 2022 while exercising my duties as a law enforcement officer in the Northern District of Georgia

On 08-09-22 USPS-OIG was contacted by Postal Management of the Mail Recovery Center, 125 Villanora Drive, Atlanta, GA 30336, in reference to a possible theft. Two Amazon Gift Cards along with a penny were located in a trash can in Women's restroom. An administrative subpoena to Amazon revealed the gift cards were redeemed by Postal employee Nicole Kelley. Subsequently, Nicole Kelley used the gift cards to make purchases for personal items.

On 12-27-22, USPS-OIG interviewed Nicole Kelley. Kelley stated she found the gift cards, who she did not know who they belonged to at the Mail Recovery Center. Kelley admits to using the gift cards. Kelley also agreed to repay the value of the Amazon Gift Cards, $25 each.

The foregoing statement is based upon:
- ☐ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/27/2022  Officer's Signature: /s/

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident